UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
DAVIS INTERNATIONAL, LLC, HOLDEX, :
LLC, FOSTON MANAGEMENT, LTD, and :
OMNI TRUSTHOUSE, LTD, :
: C.A. No. 05-247-UNA
: 
                              Plaintiffs, :
        v. :
:
NEW START GROUP CORP., VENITOM :
CORP., MDM BANK, URAL-GORNO :
METALURAGICAL COMPANY, EVRAZ :
HOLDING, MIKHAIL CHERNOI, OLEG :
DERIPASKA, ARNOLD KISLIN, :
MIKHAIL NEKRICH, and :
ISKANDER MAKMUDOV, :
:
                              Defendants. :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF NOTICE OF REMOVAL

Defendant Arnold Kislin ("Kislin") hereby withdraws his notice of removal filed with the Court on April 27, 2005 (D.I. 1).

                              OBERLY, JENNINGS & RHODUNDA, P.A.


Dated: May 2, 2005            /s/ Charles M. Oberly, III
                              Charles M. Oberly, III (No. 743)
                              Karen V. Sullivan (No. 3872)
                              800 Delaware Avenue, Suite 901
                              P.O. Box 2054
                              Wilmington, DE  19899-2054
                              (302) 576-2000 – Telephone
                              (302) 576-2004 – Facsimile

                              *Attorneys for Defendant Arnold Kislin*

2

*Of Counsel:*

Lawrence S. Goldman
LAW OFFICES OF LAWRENCE S. GOLDMAN
500 Fifth Avenue
New York, NY  10110
(212) 997-7499 – Telephone

 *- and -*

Lisa C. Cohen
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street, 15th Floor
New York, NY 10005
(212) 277-6300 – Telephone