## **CERTIFICATE OF SERVICE**

      I, Charles M. Oberly, III, Esquire, hereby certify that on this 2nd day of May, 2005 of the foregoing Notice of Withdrawal was served on the following via E-Filing and hand delivery:

Kurt M. Heyman, Esquire
Patricia L. Enerio, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899

      /s Charles M. Oberly, III
CHARLES M. OBERLY, III (No. 743)