# OBERLY, JENNINGS & RHODUNDA, P.A.

**800 Delaware Avenue - Suite 901**
**P. O. Box 2054**
**Wilmington, Delaware 19899**

| | |
|---|---|
| **Charles M. Oberly, III** | **(302) 576-2000** |
| **Kathleen M. Jennings** | Fax (302) 576-2004 |
| **William J. Rhodunda, Jr.** | E.I.No. 51-0364261 |
| ------------ | Writer's e-mail coberly@ojlaw.com |
| **Karen V. Sullivan** | |

May 2, 2005

<u>**Via E-Filing**</u>
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    <u>**Davis International LLC, et al., v. New Start Group Corp., et al.,**</u>
             **Case No. 05-247-UNA**

Your Honor:

    I represent Arnold Kislin ("Kislin"), a defendant in the above-captioned action. On April 27, 2005, Kislin filed a Notice of Removal, which removed this action from the Delaware Court of Chancery. Kislin withdrew his Notice of Removal today. To effectuate the return to the Delaware Court of Chancery, I respectfully request that the Court enter the enclosed Order remanding the action.
`

    I am available at the Court' convenience to answer any questions.

                             **Respectfully,**

                             /s/ Charles M. Oberly, III

                             **CHARLES M. OBERLY, III (No. 743)**

CMO,III/kvs
Enclosure
cc:    Kurt M. Heyman, Esquire (via E-Filing)