UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

----------------------------------------------------------------x
DAVIS INTERNATIONAL, LLC, HOLDEX, :
LLC, FOSTON MANAGEMENT, LTD, and :
OMNI TRUSTHOUSE, LTD, :
: C.A. No. 05-247-UNA
                   Plaintiffs, :
    v. :
:
NEW START GROUP CORP., VENITOM :
CORP., MDM BANK, URAL-GORNO :
METALURAGICAL COMPANY, EVRAZ :
HOLDING, MIKHAIL CHERNOI, OLEG :
DERIPASKA, ARNOLD KISLIN, :
MIKHAIL NEKRICH, and :
ISKANDER MAKMUDOV, :
:
                   Defendants. :
----------------------------------------------------------------x

## **ORDER**

AND NOW, this ____ day of _____, 2005, upon the voluntary withdrawal by Defendant Arnold Kislin of his notice of removal filed with the Court on April 27, 2005, IT IS HEREBY ORDERED that this action is remanded to the Court of Chancery of the State of Delaware in and for New Castle County.

_____