UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------x

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC, FOSTON MANAGEMENT, LTD, and OMNI TRUSTHOUSE, LTD,

        Plaintiffs,

v.

NEW START GROUP CORP., VENITOM CORP., MDM BANK, URAL-GORNO METALURAGICAL COMPANY, EVRAZ HOLDING, MIKHAIL CHERNOI, OLEG DERIPASKA, ARNOLD KISLIN, MIKHAIL NEKRICH, and ISKANDER MAKMUDOV,

        Defendants.

-----------------------------------------------------------x

C.A. No. 05-247-~~UNA~~ GMS



FILED
MAY 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

AND NOW, this 12 day of May, 2005, upon the voluntary withdrawal by Defendant Arnold Kislin of his notice of removal filed with the Court on April 27, 2005, IT IS HEREBY ORDERED that this action is remanded to the Court of Chancery of the State of Delaware in and for New Castle County.

_[signature]_